**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Candida Marie Hernandez,

Debtor.

Case No. 26-42349
Chapter 7

---

## MOTION FOR APPROVAL OF SETTLEMENT

---

TO: The debtor and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. Mary Sieling, the chapter 7 trustee for the debtor's estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than October 20, 2026. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this chapter 7 case was filed on July 17, 2026. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee requests approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement:

The trustee alleges that the debtor paid $5,000.00 on credit cards held solely by the debtor's mother. The trustee alleges that such payments are fraudulent and avoidable transfers under 11 U.S.C. §§ 548, 550 and 551.

The debtor and her mother raised certain defenses, including that reasonably equivalent value or new value was paid to the debtor in exchange for the payments.

To settle the dispute, the debtor will pay a total of $3,000 to the trustee, payable in three monthly installments of $1,000.00 beginning October 2026.

6. The trustee believes the settlement is in the best interest of creditors. The costs of litigation could offset any recovery to the estate

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: September 29, 2026

**SIELING LAW, PLLC**

*s/Mary Sieling*

Mary Sieling (#0389893)
PO Box 1116
Minnetonka, MN 55345
Phone: (612) 325-1191
Email: mary@sielinglaw.com

*Attorney for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Candida Marie Hernandez,

Debtor.

Case No. 26-43249
Chapter 7

---

**ORDER**

---

This case is before the court on the trustee's motion for an order approving the settlement between the trustee and the debtor. Based upon the motion and records,

IT IS ORDERED: The settlement is approved.

Dated:

_________________________
Katherine A. Constantine
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:
CANDIDA MARIE HERNANDEZ

CASE NO: 26-42349

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 9/29/2026, I did cause a copy of the following documents, described below,

Motion for Approval of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/29/2026

/s/ Mary Sieling
Mary Sieling 0389893

Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343
612-325-1191
mary@sielinglaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

CANDIDA MARIE HERNANDEZ

CASE NO: 26-42349

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 9/29/2026, a copy of the following documents, described below,

Motion for Approval of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/29/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary Sieling
Sieling Law, PLLC
12800 Whitewater Dr
Minnetonka, MN 55343

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-42349
DISTRICT OF MINNESOTA
TUE SEP 29 10-8-26 PST 2026

~~EXCLUDE~~

~~MINNEAPOLIS~~
~~301 DIANA E MURPHY US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CITIBANK
ATTN BANKRUPTCY DEPARTMENT
POBOX 790046
ST LOUIS MO 63179-0046

CITIBANKTHE HOME DEPOT
CITICORP CR SRVSCENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS MO 63179-0046

COMENITYULTA
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

COSTCO CITI CARD
ATTN BANKRUPTCY
PO BOX 6500
SIOUX FALLS SD 57117-6500

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1626

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

MN DEPT OF REVENUE
ATTN DENISE JONES
PO BOX 64447
SAINT PAUL MN 55164-0447

SYNCHRONY BANKSAMS CLUB
ATTN BANKRUPTCY
PO BOX 965065
ORLANDO FL 32896-5065

SYNOVUS BANK
ATTN BANKRUPTY DEPARTMENT
POBOX 120
COLUMBUS GA 31902-0120

THE RESERVE AT ARBOR LAKES
11650 ARBOR LAKES PKWY N
OSSEO MN 55369-2290

~~EXCLUDE~~

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

WELLS FARGO BANK NA
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS MN 55480-0393

~~EXCLUDE~~

~~(D)WELLS FARGO BANK NA~~
~~ATTN BANKRUPTCY~~
~~POBOX 393~~
~~MINNEAPOLIS MN 55480-0393~~

DEBTOR

CANDIDA MARIE HERNANDEZ
11550 ARBOR LAKES PARKWAY N UNIT 1417
OSSEO MN 55369-2258

MADISON DANYELLE NEWBERG
LIFEBACK LAW FIRM PA
6445 SYCAMORE COURT NORTH
MAPLE GROVE MN 55369-6028

~~EXCLUDE~~

~~MARY SIELING~~
~~SIELING LAW PLLC~~
~~PO BOX 1116~~
~~MINNETONKA MN 55345-0116~~